**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Travis L. Burg,                                   Bky. Case No. 22-60172
                                                  Chapter 7

      Debtor.

**APPLICATION TO EMPLOY ATTORNEY**

To: All parties in interest as listed in Local Rule 9013-3(a)(2)

1. Applicant is the trustee in this case.

2. Applicant believes that the employment of an attorney is necessary to represent or assist the Trustee to recover assets including through proceedings to avoid transfers, to have assets deemed to be property of the estate and object to exemptions and with legal matters as needed.

3. Ahlgren Law Office is qualified by reason of practice and experience to render such representation or assistance.

4. Proposed compensation and reimbursement of expenses is as follows: $250 to $300 per hour plus all out-of-pocket expenses.

5. Said professional has disclosed to the undersigned that he has the following connections with the Debtor(s), creditors, any other party-in-interest, their respective attorneys and accountants, the United States Trustee or any person employed in the Office of the United States Trustee: None except that Erik A. Ahlgren is the Trustee in this case.

6. The trustee has made the following efforts to recover the asset prior to submitting this Application: Reviewed and responded to correspondence with debtor's attorney, communicated with creditor attorney and requested additional information from debtor through his attorney.

WHEREFORE, applicant prays that the Court approve such employment by the trustee.

Dated: June 13, 2022                              /e/ Erik A. Ahlgren\_\_\_\_

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA**

In re:

Travis L. Burg,                             Bky. Case No. 22-60172
                                             Chapter 7

         Debtor.

**VERIFIED STATEMENT PURSUANT TO FEDERAL RULE 2014(a)**

I, Erik A. Ahlgren of Ahlgren Law Office, PLLC, the professional named in the application for employment on behalf of the above named bankruptcy estate, declares under penalty of perjury the following:

1. I do not hold or represent any interest adverse to the estate and am disinterested as required by 11 U.S.C. § 327.

2. I do not have any connections to the debtor, creditors, any other party-in-interest, their respective attorneys and accountants, the United State trustee, or any person employed in the offices of the United States Trustee, except for the following: I am the trustee in the above referenced bankruptcy case.

Dated: June 13, 2022                  _/e/ Erik A. Ahlgren_____
                                          Erik A. Ahlgren
                                          Ahlgren Law Office, PLLC
                                          220 W Washington Ave Ste 105
                                          Fergus Falls MN 56537
                                          218-998-2775
                                          Atty Reg No. 191814

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

Travis L. Burg,  Bky. Case No. 22-60172
 Chapter 7

    Debtor.

## ORDER

The trustee's application to approve the employment of Ahlgren Law Office, PLLC, as the trustee's attorneys came before the court. Based on the application, the recommendation of the United States Trustee, and 11 United States Code §327,

**IT IS ORDERED:** The employment is approved.

DATED:                                                                                 _____
                                                                                    Michael E Ridgway
                                                                                    Chief United States Bankruptcy Judge